In the Matter of LITTLEJOHN & Co., INC., Appellant, against CHARLES H. DEMAREST, INC., Respondent.

*Arbitration — principal and agent — contracts of sale signed by agent of one of parties with provision for arbitration — separate letter from agent stating that disputes would be submitted to arbitration — agent not bound to submit question of its liability to arbitration.*

*Matter of Littlejohn & Co., Inc.,* v. *Demarest, Inc.,* 218 App. Div. 703, affirmed.

(Argued May 31, 1927; decided June 14, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 15, 1926, which affirmed an order of Special Term denying a motion to compel the respondent herein to proceed to arbitration. The right to arbitration was claimed under the following letter:

" CHARLES H. DEMAREST
" 227 Water Street
" NEW YORK, Jan. 30, 1923.
" Messrs. L. LITTLEJOHN & Co., INC.,
" 133 Front Street,
" New York City:
" GENTLEMEN.— In reply to your letters of January 26th and 27th, I am especially pleased that we have been able to do some business with your firm in Gambier and Pepper. In case of any question as to quality same to be submitted to arbitration in New York, should a private settlement not be agreeable to the shippers, and adjustments, if any due you on the shipments, we will settle with you here for any amount due you.
" Yours very truly,
" CHARLES H. DEMAREST, INC.,
" By C. H. D."

Respondent admitted the letter but alleged that in all negotiations and contracts set out in the petition it was the agent of a disclosed principal.

Prepared by State Reporter from Appeal Papers

*Elmer E. Wigg* and *Brent W. Blythe* for appellant.
*Reese D. Alsop* for respondent.

Order affirmed, with costs; no opinion.
Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, KELLOGG and O'BRIEN, JJ. Absent: LEHMAN, J.

---

In the Matter of the Accounting of THE FARMERS LOAN AND TRUST COMPANY, as Substituted Trustee under the Will of ARTHUR L. MASON, Deceased.

CHARLOTTE H. MASON, as Administratrix of ARTHUR P. MASON, Deceased, Appellant; HENRY E. MASON, Respondent.

*Will — trust — direction for distribution of principal among heirs at law of son according to Statute of Distribution — death of son leaving widow and one brother surviving — brother entitled to all of principal.*

*Matter of Mason*, 217 App. Div. 765, affirmed.
(Argued May 31, 1927; decided June 14, 1927.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 18, 1926, unanimously affirming a decree of the Kings County Surrogate's Court settling the accounts of the substituted trustee and construing the will of Arthur L. Mason, deceased. Decedent, by his will, erected a trust for the benefit of his son and directed that at his death the principal be divided " among the heirs at law of my said son according to the Statute of Distribution of the State of New York." The son died leaving him surviving only his widow and one brother. The surrogate held that the brother was entitled to the whole amount of the principal fund.

*William H. Hamilton* and *Norman C. Conklin* for appellant.
*Edmond B. Butler* and *Francis X. Carmody* for respondent.